1  Linda Auerbach Allderdice [SBN 81275]
   Mark E. Baker [Admitted *Pro Hac Vice*]
2  Tianjing Zhang [SBN 256759]
   HOLLAND & KNIGHT LLP
3  50 California Street, 28th Floor
   San Francisco, California  94111
4  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
5
6  Attorneys for Defendant
   Scitor Corporation, a Delaware Corporation
7

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11  WAYNE LUM, an individual,              No.  C 09-05828 JF

12                        Plaintiff,       **DECLARATION OF KATHLEEN
                                           DICKMAN IN SUPPORT OF DEFENDANT
13                                         SCITOR CORPORATION'S MOTION FOR
        vs.                                CHANGE OF VENUE**
14
                                           28 U.S.C. § 1404(a)
15  SCITOR CORPORATION, a Delaware
    Corporation, and DOES 1-50            Date:      March 26, 2010
16                                         Time:      9:00 a.m.
                          Defendants.      Dept.:     Courtroom 3, 5th Floor
17                                         Judge:     Hon. Jeremy Fogel

18

19          I, Kathleen Dickman, hereby declare and state as follows:

20          1.      I am a resident of the Commonwealth of Virginia and am the current Vice

21  President, Human Resources for Scitor Corporation ("Scitor" or "the Company").  I provide this

22  declaration in support of Scitor's Motion for Change of Venue under 28 U.S.C. § 1404(a).  I have

23  direct and personal knowledge of the facts set forth below and, if called and sworn as a witness, I

24  would testify competently to the truth of these facts.

25          2.      I have worked for Scitor for more than 13 years, and have served as the

26  Company's Vice President, Human Resources since 2007.  I have worked at Scitor's corporate

27  headquarters in Herndon, Virginia since 1996.  I am broadly familiar with Scitor's business and

28  operations, and as the Company's senior Human Resources executive I am particularly familiar

                                        – 1 –

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

1   with Scitor's employees and the requirements, policies, and procedures pertaining to employment

2   matters. My knowledge includes an understanding of requirements for many Scitor employees

3   to hold and maintain security clearances as a condition for working on and supporting various

4   federal government contracts that Scitor holds.

5      3.  Scitor is engaged in the government contracting business and holds contracts with

6   various federal government agencies and departments. Most of these contracts involve work for

7   arms of the federal government within the intelligence community, and the contracts and related

8   requirements specify that Scitor employees who work on and support such contracts must hold a

9   security clearance. The senior Scitor management personnel who have responsibility for

10  administering and complying with the terms of these contracts, including security clearance

11  requirements, all work at our Company's headquarters in Herndon, Virginia. For example,

12  Scitor's Director of Security, Mr. Terry Wildermuth, and all of the Company's Security

13  Department personnel who deal with security clearance requirements, as well as Scitor's Director

14  of Contracts Charles Menickelly and most of his staff, all work in Herndon.

15     4.  Wayne Lum worked for Scitor from 1988 until 2009. The last position Mr. Lum

16  held was West Coast Information Technology Manager, a position he had held since

17  approximately 1997. In that position, Mr. Lum reported to Craig Anderson, Scitor's Director of

18  Information Systems and Services who works at the Company's headquarters in Herndon. Mr.

19  Lum's duties included responsibility for the maintenance and support of a highly classified and

20  secure computer network that Scitor operates pursuant to its contracts with agencies within the

21  intelligence community. This position gave Mr. Lum knowledge of sensitive and high-level

22  network administrator passwords, allowing him broad access to the secure network. Mr. Lum

23  had the ability to access, use, and change a broad array of information and data on the network,

24  including both information and data relating to the administration of the network and substantive

25  information and data kept on the network. In conjunction with his job, Mr. Lum periodically

26  traveled to Scitor's offices in Virginia for meetings, training, and other activities involving

27  personnel of the Information Technology Department as well as other Scitor personnel.

28

– 2 –

1    5.    Because of his access to a highly classified and sensitive government computer

2  network, a requirement for Mr. Lum's job as West Coast Information Technology Manager was

3  that he maintain a security clearance at the Top Secret/Sensitive Compartmentalized Information

4  level.  Scitor cannot employ someone in the job Mr. Lum held who does not have such a

5  clearance.

6    6.    In September 2009, I learned from Terry Wildermuth that Mr. Lum's security

7  clearance had been revoked by the government's National Reconnaissance Office ("NRO") in

8  Virginia.  I had various discussions regarding this important development with Mr. Wildermuth,

9  Craig Anderson (Mr. Lum's direct supervisor), and Timothy Dills (Scitor's President).  All of

10  these discussions occurred in Virginia and all of the Scitor managers involved in the discussions

11  work in Scitor's Herndon, Virginia headquarters and live in Virginia.  These discussions focused

12  on assessing the impact of Mr. Lum's clearance revocation on his ability to meet the

13  qualifications for keeping his job.  In particular, the focus was on whether the NRO's revocation

14  of Mr. Lum's clearance rendered him ineligible to continue working in his sensitive position

15  under Scitor's government contracts and related security requirements.  I and the other senior

16  managers located in Virginia ultimately determined that Mr. Lum no longer met an essential

17  requirement for holding his job – namely, having a Top Secret/Sensitive Compartmentalized

18  Information security clearance – and that Scitor had no option but to terminate Mr. Lum's

19  employment.  There was no other open position for which Mr. Lum was qualified that did not

20  require him to have a security clearance.

21    7.    Mr. Lum was not treated differently from other Scitor employees who lost their

22  security clearance while employed in a job that required a clearance.  All Scitor records

23  pertaining to such other terminations are kept at Scitor's offices in Herndon, Virginia.

24    8.    All personnel records pertaining to Mr. Lum, including records pertaining to his

25  security clearance revocation and termination of employment, are located at Scitor's offices in

26  Herndon, Virginia.

27  //

28  //

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

– 3 –

Decl. of Kathleen Dickman ISO Def. Scitor
Corporation's Motion for Change of Venue          Case No. C 09-05828 JF

9.      Had NRO officials in Virginia not revoked Mr. Lum's security clearance, making him unqualified for his job, Scitor would not have terminated Mr. Lum's employment.  The NRO's decision to revoke Mr. Lum's clearance is the only reason that Scitor considered Mr. Lum's termination and ultimately did terminate him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **16** day of February, 2010, at Herndon, Virgina.

Kathleen Dickman

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

– 4 –

Decl. of Kathleen Dickman ISO Def. Scitor
Corporation's Motion for Change of Venue

Case No. C 09-05828 JF

1
2
# 9167546_v1
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

Proof of Service

Case No. C 09-05828 JF