1  Linda Auerbach Allderdice [SBN 81275]
   Mark E. Baker [Admitted *Pro Hac Vice*]
2  Tianjing Zhang [SBN 256759]
   HOLLAND & KNIGHT LLP
3  50 California Street, 28th Floor
   San Francisco, California  94111
4  Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
5
6  Attorneys for Defendant
   Scitor Corporation, a Delaware Corporation
7

*(left margin, vertical text)* Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

8           **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN JOSE DIVISION**

| 11  WAYNE LUM, an individual, | No.  C 09-05828 JF |
| --- | --- |
| 12                    Plaintiff, | |
| 13  | **DECLARATION OF MARK E. BAKER IN** |
| | **SUPPORT OF DEFENDANT SCITOR** |
| | **CORPORATION'S MOTION FOR** |
| 14  vs. | **CHANGE OF VENUE** |
| 15  SCITOR CORPORATION, a Delaware | 28 U.S.C. § 1404(a) |
| 16  Corporation, and DOES 1-50 | |
| 17                    Defendants. | Date:    March 26, 2010 |
| | Time:    9:00 a.m. |
| | Dept.:   Courtroom 3, 5th Floor |
| 18  | Judge:   Hon. Jeremy Fogel |

19

20        I, Mark E. Baker, hereby declare and state as follows:

21        1.      I am a resident of the Commonwealth of Virginia and am a partner in the law firm

22  of Holland & Knight LLP.  I represent Scitor Corporation ("Scitor" or "the Company") in this

23  case, and I provide this declaration in support of Scitor's Motion for Change of Venue under 28

24  U.S.C. § 1404(a).  I have direct and personal knowledge of the facts set forth below and, if called

25  and sworn as a witness, I would testify competently to the truth of these facts.

26        2.      I am a member of the state bars of the Commonwealth of Virginia and the District

27  of Columbia and have practiced law out of offices in the Washington, D.C. metropolitan area

28  since 1985.  Throughout my career, I have regularly represented clients and litigated cases in

                                    – 1 –

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

1  Virginia, with that work heavily concentrated in the counties and cities that are within the

2  jurisdiction of the United States District Court for the Eastern District of Virginia ("EDVA").  I

3  am familiar with the business community within the EDVA and the caseload of the EDVA.

4        3.      Based upon my review and knowledge of public reports on cases within the

5  EDVA, I am aware that the Judges of that Court (particularly in the Alexandria Division) handle

6  many cases involving national security and intelligence-related issues.  Some of these cases have

7  been the subject of reporting in the national news media, such as the Aldrich Ames spy case in

8  1994 and the prosecutions of CIA spy Harold Nicholson in 1997, FBI spy Earl Pitts in 1997,

9  National Reconnaissance Office ("NRO") spy David Sheldon Boone in 1998, FBI spy Robert

10  Hanssen in 2001, and NRO spy Brian Patrick Regan in 2003.

11        4.      Based upon my familiarity with the nature of the business community within the

12  jurisdiction of the EDVA and EDVA's caseload, I am also aware that the Judges of the EDVA

13  frequently deal with cases involving federal government contractors.  The Northern Virginia area

14  that encompasses Fairfax County, Arlington County, Loudoun County, Prince William County,

15  Stafford County, Alexandria, and various towns and cities within those jurisdictions such as

16  Herndon, Virginia has a very high concentration of government contractors.  The area of the

17  EDVA in Southeastern Virginia around Norfolk, Hampton Roads, and Virginia Beach has a

18  dense concentration of U.S. military installations and government contractors that serve those

19  defense establishments.  Because of the high concentration of defense and other government

20  contractors within the EDVA, the Judges of that Court regularly hear and decide cases involving

21  government contractors and legal issues that are unique to the government contracting industry.

22        5.      I am aware that the headquarters of the NRO, an agency of the United States

23  Government, is located in Virginia within the jurisdiction of the EDVA.

24        I declare under penalty of perjury under the laws of the United States of America that the

25  foregoing is true and correct.

26        Executed this _15th_ day of February, 2010, at McLean, Virgina,

27

28        Mark E. Baker

– 2 –