1  BROWNSTEIN THOMAS, LLP
   MARK C. THOMAS SBN: 215580
2  180 Montgomery Street, Suite 940
   San Francisco, CA 94104
3  415-986-1338
   415-986-1231 facsimile
4

5  Attorneys for Plaintiff
   Wayne Lum
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 WAYNE LUM, an individual,            Case No.: C 09-5828 (JF)

13         Plaintiff,                   STIPULATION AND [proposed] ORDER
                                        CONTINUING MEDIATION DEADLINE
14    vs.
                                        Dept.: Courtroom 3, 5th Floor
15                                      Judge: Hon. Jeremy Fogel
   SCITOR CORPORATION, a Delaware
16 Corporation, and DOES 1-50,

17         Defendants.

18

19      Under the Stipulation and Order selecting the ADR Process, the parties were ordered to

20 complete mediation no later than July 6, 2010.  During the pre-mediation conference call, the

21 parties determined the July 6, 2010 mediation deadline does not provide enough time for the

22 parties to complete the discovery necessary to engage in meaningful settlement discussions.  The

23 parties concluded the mediation should be conducted on August 20, 2010, which will allow the

24 parties to complete the discovery necessary to engage in meaningful settlement discussions.  The

25 mediator and the parties have confirmed their availability for mediation on August 20, 2010.

26

27

28

In order to allow the parties to complete discovery sufficient to engage in meaningful settlement discussions at the mediation, the parties hereby STIPULATE AND REQUEST that the deadline to complete mediation be extended until August 20, 2010.

DATE: June 2, 2010                     Respectfully submitted,

HOLLAND & KNIGHT LLP

Linda Auerbach Allderdice
Mark E. Baker [Admitted *Pro Hac Vice*]
Tianjing Zhang
Attorneys for Defendant
Scitor Corporation

DATE: June 2, 2010                     BROWNSTEIN THOMAS, LLP

Mark C. Thomas
Attorneys for Plaintiff
Wayne Lum

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties are to complete mediation no later than August 20, 2010.

IT IS SO ORDERED

DATED:  6/11/10

Hon. Jeremy Fogel
United States District Court Judge