**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WAYNE LUM,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCITOR CORPORATION,<br>　　　　　Defendant.<br>_____/ | No. C 09-5828 JF<br><br>**ORDER DENYING REQUEST FOR DEFENDANT SCITOR CORPORATION'S INSURER REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　　August 20, 2010<br>Mediator:　Baldwin Lee |

　　　IT IS HEREBY ORDERED that the request for defendant Scitor Corporation's insruer representative, Jennifer Haw, to be excused from personally attending the August 20, 2010 mediation session before Baldwin Lee is DENIED.  The court finds that Scitor Corporation has <u>not</u> demonstrated that Ms. Haw's personal attendance at the mediation would "impose an extraordinary or otherwise unjustifiable hardship" in accordance with ADR L.R. 6-10(d).  Accordingly, the court DENIES the request to be relieved from compliance with the ADR Local Rules and ORDERS the representative to appear at the mediation in person.

　　　IT IS SO ORDERED.

August 6, 2010　　　　　　　　　　　By:　　　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge