Linda Auerbach Allderdice [SBN 81275]
Mark E. Baker [Admitted *Pro Hac Vice*]
Tianjing Zhang [SBN 256759]
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Attorneys for Defendant
Scitor Corporation, a Delaware Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WAYNE LUM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SCITOR CORPORATION, a Delaware Corporation, and DOES 1-50,<br><br>    Defendants. | No. C 09-05828 JF<br><br>**STIPULATION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Jeremy Fogel |

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiff Wayne Lum and Defendant Scitor Corporation that the parties do hereby consent to the entry of a final judgment dismissing this case with prejudice, each party to bear his or its own attorneys fees and costs.

1  Dated:  September 15, 2010

2                                                                           Respectfully submitted,

3

4

5  /s/Mark Thomas                                          /s/Mark E. Baker
   [SBN 215580]                                                mark.baker@hklaw.com
6  mark@brownsteinthomas.com                  HOLLAND & KNIGHT, LLP
   BROWNSTEIN THOMAS, LLP              1600 Tysons Blvd., Suite 700
7  180 Montgomery Street, Suite 940            McLean, VA 22102
   San Francisco, CA 94104                           Telephone (703) 720-8088
8  Telephone: (415) 986-1338                       Facsimile: (703) 720-8610
   Facsimile: (415) 986-1231                         Counsel for Defendant
9  Counsel for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

– 3 –

**[proposed] ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party will bear its own costs and attorneys' fees.

DATED: 9/24/10

_____
THE HON. JUDGE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900